144

## LOUIS GRIGNON *versus* GEORGE JOHNSTON

JOURNAL ENTRIES (1820–21): *Journal 3:* (1) Motion for reversal of judgment *p. 92; (2) motion overruled, motion for reversal of proceedings overruled *p. 93; (3) appearance, leave given to file declaration de novo *p. 94; (4) motion for nonsuit, judgment *p. 227.

PAPERS IN FILE: (1) Transcript of county court record; (2) brief on motion to reverse judgment; (3) precipe to tax attorney's fees.

*Office Docket*, MS p. 154, c. 85. Recorded in *Book A*, MS pp. 198–205.

## IN THE MATTER OF ALPHEUS WILLIAMS

. . . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1820): *Journal 3:* (1) Motion for attachment *p. 92.
PAPERS IN FILE: [None]

## IN THE MATTER OF JOHN CAMPBELL, A BLACK MAN

JOURNAL ENTRIES (1821): *Journal 3:* (1) Appearances, return held sufficient, prisoner remanded *p. 138.

PAPERS IN FILE: (1) Petition for habeas corpus and allowance of writ; (2) writ of habeas corpus and return; (3) precipe for subpoena; (4) subpoena; (5) sheriff's bill of fees; (6) crier's bill of fees; (7) taxed bill of costs.

*1821 Calendar*, MS p. 55.